**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1075**

CAROL DALENKO,

        Plaintiff - Appellant,

    v.

NEWS AND OBSERVER PUBLISHING COMPANY, d/b/a The News and
Observer,

        Defendant – Appellee,

    and

ORAGE QUARLES, III, President & Publisher, by and through:;
H. HUGH STEVENS, JR., d/b/a Everett, Gaskins, Hancock &
Stevens, LLP,

        Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge. (5:10-cv-00184-H)

Submitted:  June 13, 2013       Decided:  June 17, 2013

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carol Dalenko, Appellant Pro Se. Carolyn Amanda Martin, Michael J. Tadych, STEVENS MARTIN VAUGHN & TADYCH, PLLC, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Dalenko appeals the district court's order denying her motion to reopen and to amend her complaint and the order denying her motions for findings and to amend and to vacate. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dalenko v. News & Observer Publ'g Co., No. 5:10-cv-00184-H (E.D.N.C. June 13, 2012; Jan. 15, 2013). We grant the motion to replace the informal reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3